

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| PERRYTON RADIO, INC., a Texas Corporation, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | |
| AMERICAN TOWERS. INC., a Delaware corporation, doing business as AMERICAN TEXAS TOWERS, INC., et al. | § § § § | |
| Defendants, | § § § | |
| _____ | § § | CIVIL ACTION NO. 2-03CV-0297J |
| AMERICAN TOWERS, INC., a Delaware corporation, doing business as AMERICAN TEXAS TOWERS, INC., | § § § § | |
| Defendant and Counter-Plaintiff, | § § | |
| VS. | § § | |
| PERRYTON RADIO, INC., a Texas Corporation, | § § § | |
| Plaintiff and Counter-Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be heard the Agreed Order of Dismissal, filed jointly by PERRYTON

RADIO, INC., Plaintiff and Counter-Defendant in this action, and AMERICAN TOWERS, INC.,

Defendant and Counter-Plaintiff in this action, seeking dismissal of all claims and counter-claims

in this action, with prejudice.  The Court finds that all matters in dispute between the parties have

been fully and finally compromised and settled.

AGREED ORDER OF DISMISSAL
WITH PREJUDICE

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned

suit, including all claims, counterclaims, and compulsory counterclaims that were asserted or could

have been asserted herein, is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties bear their own court costs.

All relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2004.

JUDGE PRESIDING

**AGREED ORDER OF DISMISSAL**
**WITH PREJUDICE**                                                                          **Page 2 of 3**

**APPROVED AND AGREED:**

LEMON, SHEARER, PHILLIPS & GOOD, P.C.

By: _____
        Robert D. Lemon
        State Bar No. 12197000
        311 South Main
        P.O. Box 1066
        Perryton, Texas 79070
        Telephone: (806) 435-6544
        Facsimile:  (806) 435-4377

       **ATTORNEY FOR PLAINTIFF**


BROWN AND FORTUNATO, P.C.

By: _____
        Matthew H. Hand
        State Bar No.  08819750
        905 South Fillmore, Suite 400 (79101)
        P.O. Box 9418
        Amarillo, TX 79105-9418
        Telephone: (806) 345-6300
        Facsimile:  (806) 345-6363

       **ATTORNEY FOR DEFENDANT**

\\server2\documents$\18\2561 001\Agreed Order of Dismissal.wpd